**File Hashes for IP Address 68.32.157.215**

**ISP:** Comcast Cable
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/26/2014 01:44:06 | EFB810C3A2B4B8992CDAD23392C8D3F2EF5E8EC1 | By Myself |
| 06/25/2014 19:01:38 | A4B7969B92C75591884969E700CC83CC5FB19A0D | A Hot Number |
| 05/30/2014 01:37:17 | 81AB78A0841349900AE264E2FA26BE162AD65B38 | Trophy Wife |
| 05/22/2014 19:46:03 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 05/22/2014 19:21:28 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 05/22/2014 19:04:35 | FF723980C2C688152735FDFE6F2809456FE41C80 | Sweet Surrender |
| 05/22/2014 18:49:42 | 610CFCE7120388DC5837458AB1B8EB83B67B9A8D | Perfect Timing |
| 05/22/2014 18:35:35 | 099CD944C380A7584F0D4C8BE3962BBD95F1F3D7 | Tantric Massage |
| 05/22/2014 18:35:17 | B47524F558FF62C2658F073077FE8BC44AA5A9AF | Group Sex |
| 05/22/2014 18:31:33 | D345236E5C63661DB966F79A5F75FDB2AD17B9E2 | A Thought of You Part 2 |
| 05/22/2014 18:27:19 | 3E88CB9954D81B376B394B0FB57AABF937111FB4 | Brilliant Jillian |
| 04/28/2014 18:34:27 | EEDE19B2798AA29A59F6564258AD8611D3C4737C | Lying Around |
| 04/28/2014 18:33:30 | 2B8480CB79A535AF67A3F83433A328BAF17578D6 | Yeah Baby |
| 04/28/2014 18:33:23 | 76934E870EDE0FD3AB5215BB4EB05979502F3EDC | Close to the Edge |
| 04/28/2014 18:33:06 | B196060AA3C1481EA1791AEC418683E997627ADC | Loving Angels |
| 04/28/2014 18:32:12 | 1C3277C3E01826DF910A8A9085C6438D29E3205A | Lipstick Lesbians |
| 04/15/2014 20:10:48 | 4779E1C31FE3103B9A53A979781B95A916DD4B31 | Together at Last |
| 04/15/2014 20:02:35 | E04B48C9F62A601523C8AF0D7A6C8D1492663DB6 | Apartment in Madrid |
| 04/15/2014 19:45:09 | 161ED20430549D5FF5A910C478FCC66771A04878 | Dark Desires |
| 04/15/2014 19:22:47 | D19B84CF28E5FDC88EA65DBD6DF27507B5BD5392 | Mad Passion |
| 04/15/2014 19:20:36 | 45581AD35B1A967ED54A4AEF092EC1B9FAB0CCA6 | The Way I Feel |
| 04/15/2014 19:20:17 | 8211D3AEE36C3CC6BD8089DE1F887F062D62DD36 | Finding Elysium |

EXHIBIT A

CNJ102

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/15/2014 19:20:10 | 6AF445C906499F00439336CF2F58B5E780371496 | Bohemian Rhapsody |
| 04/15/2014 19:18:54 | D940693EA764174E01234800D1F4630968C8B879 | Angel Journey To The East |
| 04/15/2014 19:18:44 | 12C1365DD669E1A2B92FC30F23F3D7200490A55B | Technicolor Dreams |
| 04/12/2014 02:48:11 | 68CBB0DB89ED2E8178EDFEAD94328660D638D906 | A Little Time For Myself |
| 04/12/2014 02:43:31 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 04/12/2014 02:26:08 | 18A573AF59D061A22D498B0157236803201A07C4 | Deep Blue Passion |
| 04/12/2014 02:24:09 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 04/12/2014 02:14:30 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 04/12/2014 02:08:31 | 59C05BD41DB3916F3BE636F6567586AE91ECA92A | Lonesome Without You |
| 04/12/2014 01:15:42 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 04/12/2014 01:13:54 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 04/12/2014 00:59:34 | 754B689991DC49B5983B587A41A9956D74A2E311 | All Oiled Up |
| 04/06/2014 23:43:40 | 7A567818987A2013AB430C646D3EFAD98BBB628F | No Turning Back Part #1 |
| 04/06/2014 19:24:53 | 0CCED93991A3DD2A042FECC8EC5FA02CCE9A0342 | Sweet Dreamers |
| 04/06/2014 19:24:01 | 2CC30BA3A123FB78C43DE2E6E61FB6208A4FF28F | Fantasy Come True |
| 04/06/2014 19:23:46 | D6B829A596A48DF06D0812A8DCD65DDCD91EB5EF | Make Me Feel Beautiful |
| 04/06/2014 19:23:34 | 326E9CB7F17AA9EEAD0700AB4A9A8BFEDCF2072A | Three Way is the Best Way |
| 04/06/2014 19:22:47 | DFA334F6C0FFEEFEFB70CB24A152D0C4039A48BC | Model Couple on Vacation |
| 04/06/2014 19:22:27 | 2C8D10E449CFAB3ED9A6946E0C9226C6F1A43E3A | Risky Business |
| 04/06/2014 02:12:57 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 04/06/2014 02:11:33 | 8F39A0423379B6DC15FC78A0AE28115BDE659E93 | Love at First Sight |
| 04/06/2014 02:05:05 | 00D2F0AE7DF15534153CA5ABD1D6FF77B827F056 | So Young |
| 04/06/2014 02:02:21 | A2BDD0BE25748566F993B0097142EED546843465 | Slow Motion |
| 04/06/2014 02:00:12 | EE555B905792295F7A5DE407B41B43BA2D32617B | Submissive Seduction |
| 04/06/2014 01:50:45 | 6D6C71BBD6BA5A37C4863AAAA24F943589F68B26 | Making Music |

EXHIBIT A

CNJ102

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/24/2013 06:29:10 | F84C42006DFE10059947E30958545E62519193BC | LA Plans |
| 12/24/2013 06:27:50 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 11/20/2013 18:56:53 | 440CDFA1A68F0FFFBE300DEE2594CC3FE572A33B | Much Needed Vacation |
| 11/01/2013 01:44:25 | BC8E1C96364C337AAAF9DA09C1E10785E1A685AE | Names |
| 10/19/2013 00:20:37 | FD05215396DC0ED1F3A7EDBFD1BCB7D98B12D198 | Rolling in the Sheets |
| 10/17/2013 18:06:44 | 7E4AE6FDD52004240B497F0483E953D0902EE6DC | This Really Happened |
| 10/16/2013 21:42:43 | 8B68096901C5CB40B1648D352B27C6AEE1291666 | Then They Were Three |
| 10/16/2013 21:32:44 | 0AB495FF1E0C02D7BB5E61D6002823243C478F59 | Everlasting Friendship |
| 10/16/2013 21:20:16 | 2A936E5B37749915EEDA067A54C93CF84842BEA2 | New Romance |
| 10/16/2013 20:58:10 | 1D1B1937372DAE6102A5662900CEB1F7613FDFB2 | In Charge |

**Total Statutory Claims Against Defendant: 57**

EXHIBIT A

CNJ102